**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**CHAVEZ LAW OFFICES, P.A.,**

          **Plaintiff,**

**vs.**                                         **Case No. 2:20-cv-1022-KWR-KRS**

**ENRIQUE "KIKI" VIGIL, former
Sheriff of Doña Ana County**

**BOARD      OF      COUNTY
COMMISSIONERS OF DOÑA ANA
COUNTY,**

**JULIA  BROWN, former  County
Manager of Doña Ana County, in her
individual capacity, and**

**FERNANDO      MACIAS,      former
County Manager of Doña Ana Count,
in his individual capacity,**

          **Defendants.**

## <u>ORDER OF REMAND</u>

        Plaintiff and Defendants stipulated to remand this action to the Third Judicial District Court, Dona Ana County, State of New Mexico, Cause No. D-307-CV-2020-01799, on the grounds this Court lacks jurisdiction.

        Having considered the issues, the Court is of the opinion that the motion should be **GRANTED.**

        **IT IS THEREFORE ORDERED** that this action be **REMANDED** to the Third Judicial District Court, Dona Ana County, State of New Mexico, Cause No. D-307-CV-2020-01799, for all further proceedings.

        **IT IS SO ORDERED.**

        **ENTERED THIS 21ST DAY OF JUNE 2021.**



**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

*Submitted by:*

**CHAVEZ LAW OFFICES, P.A.**

 <u>/s/  Gene N. Chavez</u>
Gene N. Chavez
1220 5th St. NW
Albuquerque, NM  87102
505-243-4363

*Attorney for Plaintiff*


*Approved by:*

MYNATT MARTÍNEZ SPRINGER P.C.

<u>*Approved via email 6/18/21*</u>
BLAINE T. MYNATT
New Mexico Bar No. 9471
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812

*Attorneys for Defendants*